## *In re* ASSESSMENT OF PROPERTY OF HENRYETTA GAS CO.

No. 6933. Opinion Filed August 10, 1915.

(151 Pac. 191.)

TAXATION—Appeal from Board of Equalization—Determination—Stipulations. The assessed valuation of the property of appellant for the year 1914, for the purposes of taxation, as fixed by the State Board of Equalization, is, by reason of stipulation between the parties, modified, and as so modified, affirmed.

(Syllabus by the Court.)

*Appeal from Order of State Board of Equalization.*

In the matter of the assessment of the property of the Henryetta Gas Company. Appeal from an order of the State Board of Equalization. Order modified and affirmed.

*Warren K. Snyder,* for appellant.

*S. P. Freeling,* Attorney General, for the State.

HARDY, J. From an order of the State Board of Equalization, assessing its property for the year 1914 at $75,000, the Henryetta Gas Company appeals, and the cause is submitted to the court upon stipulation for judgment, entered into between the appellant and the state, in which it is agreed that the findings of the State Board of Equalization may be modified and the valuation of the property for taxation for the year 1914 may be reduced in the sum of $20,000, said value be fixed at the sum of $55,000, and that mandate issue in accordance therewith.

Upon stipulation for judgment, the court is of the opinion that the property of appellant, Henryetta Gas Company, for the year 1914, for the purposes of taxation, should be assessed in the sum of $55,000, and that the

valuation placed thereon by the State Board of Equalization, from which this appeal is prosecuted, should be modified by reducing said amount to the sum of $55,000, and said order, as so modified, should be affirmed.

KANE, C. J., and SHARP, J., concur.  TURNER and BROWN, JJ., absent and not participating.